CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
FEB 10 2014
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| RANDALL GRAVELY,<br>  Plaintiff, | ) ) ) | Civil Action No. 7:14-cv-00003 |
| v. | ) ) ) | **ORDER** |
| WESTERN VIRGINIA REGIONAL<br>JAIL MEDICAL DEPARTMENT,<br>  Defendant. | ) ) ) ) | By:  Hon. Jackson L. Kiser<br>      Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Plaintiff is **GRANTED** leave to proceed in forma pauperis; the Complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1); and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 10th day of February, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge